No. 588, Misc. ALFORD *v.* NORTH CAROLINA. On petition for writ of certiorari to the Supreme Court of North Carolina. Dismissed pursuant to Rule 60 of the Rules of this Court.

JANUARY 18, 1965.

No. 18, Original. ILLINOIS *v.* MISSOURI. The State of Missouri is directed to file a response within 30 days to the motion for leave to file the bill of complaint.

No. 19, Original. KELLY ET AL. *v.* E. H. SCHMIDT & ASSOC., INC., ET AL. The motion to dispense with printing the motion for leave to file the bill of complaint is granted. The motion for leave to file the bill of complaint is denied.

No. 73. UNITED STATES *v.* MISSISSIPPI ET AL. Appeal from the United States District Court for the Southern District of Mississippi. (Probable jurisdiction noted, 377 U. S. 988.) The motion of the appellees to strike portions of the brief and to strike the appendix to the brief of the American Civil Liberties Union, as *amicus curiae,* is denied. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands,* Assistant Attorney General, *P. M. Stockett* and *Charles Clark,* Special Assistant Attorneys General, and *Aubrey Bell* on the motion.

No. 437. BURNETT *v.* NEW YORK CENTRAL RAILROAD Co. (Certiorari, *ante,* p. 913, to the United States Court of Appeals for the Sixth Circuit.) The motion of *Robert M. Dennis* to withdraw his appearance as counsel for the respondent is granted.